**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. _____

ABSOLUTE HEALTH CENTER, INC., a Colorado corporation;
DR. ALICE L. RATCLIFFE, D.C., Individually; and
COLORADO CHIROPRACTIC NEUROLOGY CONSULTANTS, INC. d/b/a N-8
CHIROPRACTIC & WELLNESS, a Colorado corporation,

    Plaintiffs

v.

MULTIPLAN, INC., a New York corporation;
MULTIPLAN SERVICES CORPORATION, a Delaware corporation; and
JOHN DOES # 1-100,

    Defendants

---

## DEFENDANTS' NOTICE OF REMOVAL

Defendants, Multiplan, Inc. and Multiplan Services Corporation (hereinafter "Defendants"), pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, give notice of removal of this action to the United States District Court for the District of Colorado.

### NATURE OF THE ACTION

1. Plaintiffs commenced this action on July 7, 2015, when they filed a Complaint in the District Court for the State of Colorado, El Paso County (the "Complaint") and served the Defendants with the Complaint and Summons on July 10, 2015. True and correct copies of the Complaint and Summons are attached hereto.

2. Plaintiffs allege that they have suffered damages and that they are entitled to the recovery of penalties from the Defendants due to alleged violations by the Defendants of the Telephone

Consumer Protection Act ("TCPA"), 47 U.S.C. § 227, and the Colorado Consumer Protection Act ("CCPA"), C.R.S. § 6-1-702. Moreover, Plaintiffs allege violations of C.R.S. § 6-1-05, *et seq.*, the Colorado Deceptive Trade Practices Act.

3. As discussed below, there is complete diversity of citizenship between the parties, and the amount in controversy exceeds $75,000, exclusive of interests and costs. Therefore this action is removable.

## PARTIES AND DIVERSITY OF CITIZENSHIP

4. Plaintiffs contend that they are citizens and residents of the State of Colorado. (Complaint ¶ 8-10).

5. Plaintiff Absolute Health Center, Inc. is alleged to be a Colorado Corporation with its principal place of business in El Paso County, Colorado.

6. Plaintiff, Colorado Chiropractic Neurology Consultants, Inc. d/b/a N-8 Chiropractic & Wellness is alleged to be a Colorado Corporation with its principal place of business in El Paso County, Colorado.

7. Plaintiff, Dr. Alice L. Ratcliffe, D.C., is alleged to be a sole proprietor whose principal place of business is located in El Paso County, Colorado.

8. All Defendants herein are alleged to be citizens and residents of states other than the State of Colorado.

9. As Plaintiffs note in their Complaint and at the time this action was filed and at all times since, Defendant Multiplan, Inc. was and is a corporation organized and existing under the laws of New York, with its principal office and place of business in New York, New York, and was not a citizen or resident of the State of Colorado. (Complaint ¶ 11.)

10.     As Plaintiffs note in their Complaint and at the time that this action was filed and at all times since, Defendant Multiplan Services Corporation, Inc., was and is a corporation organized and existing under the laws of Delaware with its principal office and place of business in New York, New York. (Complaint ¶ 11.) Hence, at the time this action was filed and at all times since, Defendant Multiplan Services, Inc. was not a citizen or resident of the State of Colorado.

11.     Plaintiffs have identified several "John Doe" Defendants in this case, who have not been served, and no motion to amend the pleadings to otherwise add these fictitiously named parties is pending before the Court. Under the federal removal statutes, the presence of "John Doe" defendants at the commencement of an action creates no impediment to removal. *McPhail v. Deere & Co.*, 529 F.3d 947, 951 (10th Cir. 2008).

12.     Accordingly, there exists complete diversity of citizenship between Defendants and Plaintiffs pursuant to 28 U.S.C. § 1332.

## AMOUNT IN CONTROVERSY

13.     Plaintiffs allege that "as a result of a total of 965 statutory violations under the TCPA and CCPA, the Plaintiffs seek statutory damages in the amount of $482,500 (before treble damages)" and treble damages for each allegedly "willful and knowing violation" of the TCPA "for an additional $193,000." Additionally, Plaintiffs seek unspecified damages, treble damages, and attorney fees pursuant to C.R.S. § 6-1-113. (Complaint, Prayer for Relief, p. 12-13, ¶ E, F, H and I). Upon these allegations, Defendants submit that the total amount in controversy exceeds $75,000, exclusive of interest and costs.

14.     Based upon the existence of complete diversity of citizenship and satisfaction of the $75,000 amount-in-controversy requirement, the Defendants submit that this Court possesses

original diversity jurisdiction over this matter and that, therefore, removal is proper pursuant to 28 U.S.C. §§ 1332, 1441 and 1446. *See US Fax Law Center, Inc. v. IHire, Inc., et al.*, 476 F.3d 1112 (10th Cir. 2007) (finding diversity jurisdiction in a TCPA case).

### REMOVAL PROCEDURES

15. The Defendants were served with the Summons and Complaint in this case on July 10, 2015; such constituted the Defendants' first receipt of any pleading in this matter. Pursuant to 28 U.S.C. § 1446(b), this Notice of Removal is being filed within thirty (30) days of first receipt by the Defendants of the Plaintiffs' Complaint setting forth their claims for relief.

16. No activity has occurred in the state court in this case as of the date of the filing of this Notice of Removal.

17. Pursuant to 28 U.S.C. § 1446(a), true and correct copies of all process, pleadings and orders that have been served on Defendants to date are attached hereto as the following exhibits: **Exhibit A**, Civil Cover Sheet; **Exhibit B**, Summons; **Exhibit C,** Complaint with exhibits thereto; and **Exhibit D**, Plaintiffs' Rule 26(a)(1) Disclosures.

18. The returns of service on the Defendants are attached as **Exhibit E**, Affidavit of Service on MultiPlan, Inc.; and **Exhibit F**, Affidavit of Service on MultiPlan Services Corporation.

19. Pursuant to D.C.COLO.LCivR 81.1(b), a copy of the current docket sheet from the El Paso County, Colorado District Court is attached as **Exhibit G**.

20. A copy of this Notice of Removal is being filed with the Court Administrator for the District Court, County of El Paso, State of Colorado, together with a Notice of Filing Petition for Removal.

21. A copy of this Notice of Removal, together with a copy of the Notice of Filing Removal, is

being served on all parties.

22. The Defendants reserve the right to amend or supplement this Notice of Removal.

**WHEREFORE,** Defendants herein, Multiplan, Inc. and Multiplan Services Corporation, respectfully submit that this matter should be removed to the United States District Court of Colorado pursuant to 28 U.S.C. §§ 1332, 1441 and 1446.

Date: July 30, 2015

WEEKS & LUCHETTA, LLP

s/ Jeffrey L. Weeks
Jeffrey L. Weeks, Esq.
102 South Tejon, Suite 910
Colorado Springs, CO 80903
Telephone: 719.578.5600
Facsimile: 719.635.7458
Email: jeffrey@weeksluchetta.com
Attorney for the Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of July 2015, a true and correct copy of the foregoing was served upon the following by the method indicated:

| | | |
|---|---|---|
| Andrew L. Quiat, Esq.<br>The Law Office of Andrew L. Quiat, P.C.<br>7955 East Arapahoe Court, Suite 3900<br>Centennial, CO 80112 | ☒<br>☐<br>☐<br>☐<br>☐ | via U.S. Mail, First-Class, Postage prepaid<br>via Hand Delivery<br>via Facsimile<br>via E-mail<br>via CM/ECF system |
| Court Administrator<br>District Court, El Paso County, Colorado<br>270 S. Tejon Street<br>Colorado Springs, CO 80903 | ☐<br>☐<br>☐<br>☐<br>☒ | via U.S. Mail, First-Class, Postage prepaid<br>via Hand Delivery<br>via Facsimile<br>via E-mail<br>via ICCES |

s/ Linda Welch
Linda Welch

W:\MultiPlan, Inc\P072815 Defendants Notice of Removal.docx