**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Raymond P. Moore**

Civil Action No. 15-cv-01624-RM

ABSOLUTE HEALTH CENTER, INC., a Colorado Corporation;
DR. ALICE L. RATCLIFFE, D.C., Individually; and
COLORADO CHIROPRACTIC NEUROLOGY CONSULTANTS, INC., d/b/a N-8
CHIROPRACTIC & WELLNESS, a Colorado corporation,

    Plaintiffs,

v.

MULTIPLAN, INC., a New York corporation;
MULTIPLAN SERVICES CORPORATION, a Delaware corporation; and
JOHN DOES #1-100,

    Defendants.

---

**ORDER APPROVING STIPULATION DISMISSING MULTIPLAN SERVICES CORPORATION WITHOUT PREJUDICE**

---

THE COURT, having reviewed the Stipulation for Dismissal of Defendant Multiplan Services Corporation Without Prejudice (ECF No. 16), hereby APPROVES the same as an Order of the Court.

THEREFORE, Defendant Multiplan Services Corporation is hereby DISMISSED WITHOUT PREJUDICE.

DATED this 31st day of August, 2015.

                                          BY THE COURT:

                                          _____
                                          RAYMOND P. MOORE
                                          United States District Judge