**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Raymond P. Moore**

Case No. 15-cv-01624-RM-NYW

ABSOLUTE HEALTH CENTER, INC., *et al.*,

    Plaintiffs,

v.

MULTIPLAN, INC., *et al.*,

    Defendants.

---

## ORDER

---

On September 23, 2016, the Court entered an Opinion (ECF No. 77), *inter alia*, granting in part and denying in part defendant's motion for summary judgment. Specifically, the Court granted defendant summary judgment with respect to plaintiffs' claims under the TCPA, and denied summary judgment without prejudice as to plaintiffs' claims under the CCPA. (*Id.*) In addition, the Court stated that:

> To the extent the parties can agree that the meaning of "unsolicited advertisement" under the CCPA and the TCPA are substantially the same, the parties shall file a notice reporting this agreement on or before September 30, 2016. The Court will then proceed to dismiss the CCPA claims for the same reasons explained in this Opinion with respect to plaintiffs' TCPA claims, and dismiss this case.

(ECF No. 77 at 15.)

On September 30, 2016, the parties filed a Notice with the Court stating: "The Parties have conferred and are in agreement that the meaning, and interpretation, of "unsolicited advertisement" under the CCPA and the TCPA is substantially the same." (ECF No. 78 at 2.)

Accordingly, for the reasons set forth in the September 23, 2016 Opinion (ECF No. 77), the Court GRANTS defendant summary judgment with respect to plaintiff's CCPA claims.  Because there are no further claims pending, the Court instructs the Clerk to CLOSE this case, and enter judgment in favor of defendant MultiPlan, Inc.

**SO ORDERED.**

DATED this 26th day of October, 2016.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge