**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.   15-cv-01624-RM-NYW

ABSOLUTE HEALTH CENTER, INC. a Colorado corporation,
ALICE L. RATCLIFFE, D.C., individually, and
COLORADO CHIROPRACTIC NEUROLOGY CONSULTANTS, INC., a Colorado corporation,
d/b/a N-8 Chiropractic & Wellness,

      Plaintiffs,

v.

MULTIPLAN, INC., a New York corporation,

      Defendant.

---

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order (Doc. 79) entered by Judge Raymond P. Moore on October 26, 2016,

IT IS ORDERED that Defendant's summary judgment motion with respect to Plaintiffs' CCPA claims is granted.   It is

FURTHER ORDERED that judgment is entered in favor of Defendant, MultiPlan, Inc., and against Plaintiffs, Absolute Health Center, Inc; Alice L. Ratcliffe, D.C.; and Colorado Chiropractic Neurology Consultants, Inc.   It is

FURTHER ORDERED that this case is closed.

 Dated at Denver, Colorado this 26th day of October, 2016.

                                      FOR THE COURT:
                                      JEFFREY P. COLWELL, CLERK

                         By:  s/   C. Pearson
                                 C. Pearson, Deputy Clerk